# NO. 12-08-00214-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
| *IN RE: WILLIAM L. WHITE, RELATOR* | § | |
| | § | *ORIGINAL PROCEEDING* |
| | § | |

## *MEMORANDUM OPINION*
### *PER CURIAM*

On April 30, 2009, this court delivered an opinion conditionally granting in part the petition for writ of mandamus filed by William L. White. That opinion ordered the respondent trial court to vacate the portions of its April 2, 2008 order directing that William L. White be confined unless he pay $16,800 to the real party in interest, Catherine Michelle Meshell (formerly White), and directing that pickup and delivery of the couple's child be confined to Anderson County, Texas. This court has received an order from the trial court that complies with our opinion and order of April 30, 2009.

All issues attendant to this original proceeding having been disposed of, this mandamus proceeding has now been rendered moot; therefore, the writ need not issue. Accordingly, this original proceeding is *dismissed*.

Opinion delivered May 29, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)